IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JOE VASQUEZ,                          §
                                      §
        Plaintiff,                    §
                                      §
v.                                    §            1-23-CV-889-RP
                                      §
GENERAL MOTORS, LLC,                  §
                                      §
        Defendant.                    §

## ORDER

On January 11, 2024, Plaintiff dismissed all claims in this case without prejudice. (Dkt. 8).

Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a

notice of dismissal before the opposing party serves an answer or a motion for summary judgment.

Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served an answer or motion for summary

judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no

order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th

Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on January 12, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE